1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    TODD SIPES,                                    Case No. 18-cv-00555-JST

8              Plaintiff,

9         v.                                        **ORDER TO SHOW CAUSE AND CASE
                                                    MANAGEMENT ORDER**
10   KING STAR COMPUTER, INC.,

11             Defendant.

12

13          The Clerk of the Court entered default against defendant King Star Computer, Inc. on

14   March 14, 2018.  There has been no activity in the case since that time.

15          Because the Plaintiff's claim is not "for a sum certain or a sum that can be made certain by

16   computation," Fed. R. Civ. P. 55, the Clerk cannot enter default judgment.  The Plaintiff must file

17   an application for entry of default judgment by the Court.

18          The Plaintiff's application to the court for default judgment must set forth the following

19   information:

20          •      The date on which the Defendant was served with the summons and complaint;

21          •      The date on which Defendant's default was entered for failure to appear;

22          •      A declaration under penalty of perjury that the Defendant is neither a minor nor an

23   incompetent (or, if so, that such person is represented by a general guardian, conservator or other

24   like fiduciary), nor in military service;

25          •      A declaration under penalty of perjury as to the amount of damages claimed to be

26   due, which provides a sufficient basis in evidence and logic to support an award in the claimed

27   amount; and

28

1 • A declaration that notice of the amount requested has been given to the defaulting

2 party whether or not that party has appeared in the action.

3 The party moving for entry of default judgment should also provide evidence of any

4 contact from the Defendant or an attorney representing the Defendant, as well as copies of any

5 correspondence in which Plaintiff or his representative warned that Plaintiff would seek entry of a

6 default judgment.

7 Service of the defaulting Defendant with a copy of the motion for default judgment is not

8 required, but increases the probability that the Court will enter judgment in the amount prayed for.

9 The application for entry of default judgment is due 30 days from entry of this order.

10 By order dated February 9, 2018, the Court set a Case Management Conference for May 9,

11 2018 and ordered a Case Management Statement filed by April 30, 2018. ECF No. 10. The

12 Plaintiff did not file a Case Management Statement or appear at today's Case Management

13 Conference. Accordingly, the Plaintiff is ORDERED TO SHOW CAUSE why sanctions should

14 not be imposed for violation of a Court order. A written response to this Order to Show Cause is

15 due May 16, 2018 by 5:00 p.m.

16 **IT IS SO ORDERED.**

17 Dated: May 9, 2018

18 _____

JON S. TIGAR

19 United States District Judge

20

21

22

23

24

25

26

27

28