Jonah A. Grossbardt (State Bar No. 283584)
**SRIPLAW, P.A.**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorneys for Plaintiff
TODD SIPES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD SIPES, | ) Case No.: 3:18-cv-00555-JST (JCS) |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL** |
| KING STAR COMPUTER, INC., | ) |
| Defendant. | ) |

Plaintiff Todd Sipes through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

DATED: July 18, 2018          */s/ Jonah A. Grossbardt*
                              JONAH A. GROSSBARDT
                              **SRIPLAW, P.A.**
                              Attorneys for Plaintiff Todd Sipes